THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
JOSEPH GENNARO, Appellant.

Argued October 16, 1941; decided December 4, 1941.

*Abraham J. Gellinoff* for appellant.

*Thomas E. Dewey,* District Attorney (*Stanley H. Fuld* and *Harris B. Steinberg* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.